**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| SALOMON MANZANAREZ M, a.k.a. Salomon Manzanarez-Melchor; ADELA HERNANDEZ-CLAUDIO, | No. 10-73210 |
| Petitioners, | Agency Nos.   A096-051-390<br>A096-051-391 |
| v. | MEMORANDUM[*] |
| ERIC H. HOLDER, Jr., Attorney General, | |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted August 14, 2013[**]

Before:    SCHROEDER, GRABER, and PAEZ, Circuit Judges.

Salomon Manzanarez M and Adela Hernandez-Claudio, natives and citizens

of Mexico, petition pro se for review of the Board of Immigration Appeals'

("BIA") order denying their motion to reconsider the BIA's prior order denying

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

their motion to reopen removal proceedings. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reconsider, *Mohammed v. Gonzales*, 400 F.3d 785, 791 (9th Cir. 2005), and deny the petition for review.

The BIA was within its discretion in denying petitioners' motion to reconsider because the motion failed to identify any error of fact or law in the BIA's prior decision denying petitioners' motion to reopen removal proceedings. *See* 8 U.S.C. § 1229a(c)(6)(C); *Socop-Gonzalez v. INS*, 272 F.3d 1176, 1180 n. 2 (9th Cir. 2001) (en banc).

**PETITION FOR REVIEW DENIED.**